# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:  CASE NO.: 6:18-bk-05345-KSJ
Gerald Decema,  CHAPTER 13
    Debtor,

Violette Jeudi-Decema,
    Joint Debtor,
_____/

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

MTGLQ INVESTORS, L.P. ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #5), and states as follows:

1. Debtor, Gerald Decem ("Debtor"), and Violette Jeudi-Decema ("Joint Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on August 31, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 1290 DANDELION DR, DELTONA, FL 32725, by virtue of a Mortgage recorded on October 23, 2007 in Book 6143, at Page 3705 of the Public Records of Volusia County, FL. Said Mortgage secures a Note in the amount of $194,400.00.

3. The Debtor filed a Chapter 13 Plan on August 31, 2018.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $17,654.40, whereas the Plan proposes to pay only $15,225.18. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $17,654.40 as the pre-petition arrearage over the life of the plan.

5. Further, the monthly payment may be subject to periodic adjustments for escrow and/or variable interest rates, thus requiring amendment during the pendency of the Plan.

Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. § 1325(a)(5) and cannot be confirmed. Secured Creditor objects to the Plan and to any plan which does not appropriately provide for the correct regular monthly mortgage payment.

6. Secured Creditor objects to the Plan because it violates 11 U.S.C. § 1325(a)(5)(B)(iii)(I), mandating periodic payments on a secured claim shall be made in equal monthly installments. Furthermore, the plan proposes to begin payment on month nine instead of month one.

7. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> RAS Crane, LLC
> Attorney for Secured Creditor
> 10700 Abbott's Bridge Road, Suite 170
> Duluth, GA 30097
> Telephone: 470-321-7112
> Facsimile: 404-393-1425
>
> By: /s/Nathalie Rodriguez
> Nathalie Rodriguez, Esquire
> Florida Bar Number 125114
> Email: NRodriguez@rasflaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 19, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CHARLES W PRICE
PRICE LAW FIRM
400 MAITLAND AVENUE
ALTAMONTE SPRINGS, FL 32701

GERALD DECEMA
1290 DANDELION DR.
DELTONA, FL 32725-8424

VIOLETTE JEUDI-DECEMA
1290 DANDELION DR.
DELTONA, FL 32725

LAURIE K WEATHERFORD
STANDING CHAPTER 13 TRUSTEE
POST OFFICE BOX 3450
WINTER PARK, FL 32790

UNITED STATES TRUSTEE - ORL7/13, 7
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

    RAS Crane, LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Nathalie Rodriguez
    Nathalie Rodriguez, Esquire
    Florida Bar Number 125114
    Email: NRodriguez@rasflaw.com